**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 232 WAL 2014
                                   :
              Respondent        :
                                     : Petition for Allowance of Appeal from the
                                     : Order of the Superior Court
              v.                      :
                                     :
                                     :
AARON MICHAEL JONES,         :
                                     :
              Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal, the Application to File Supplement to Petition for Allowance of Appeal and "Petition for Application of Bail Filing as an Ancillary Matter" are denied.